

# NUMBER 13-22-00267-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JORGE ALI MORENO,                                                  Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

## ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court regarding the appellant's failure to request a reporter's record. On July 25 ,2022, the Clerk of this Court notified appellant that the reporter's record was originally due on July 25, 2022, and that the court reporter, Lisa Kinsel, had notified this Court that appellant failed to request a reporter's record. Appellant failed to respond to the Court's notice.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 35.3(b), (c). Accordingly, this appeal is abated and the cause remanded to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant has abandoned his appeal; (2) whether his present attorney will diligently pursue the appeal; (3) if it be determined that the present attorney will not diligently pursue the appeal, whether appellant is indigent, and if so, whether other counsel should be appointed to represent him; (4) if appellant is not indigent and the present attorney will not diligently pursue the appeal, what steps need to be taken to ensure that appellant will promptly obtain the services of another attorney to pursue the appeal; and (5) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings, together with any orders it may enter, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of August, 2022.

2